UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:09-CR-122-Y (03) |
| Defendant: | JUAN CARLOS GAONA-RODRIGUEZ |
| Court Reporter: | Ana Warren |
| Interpreter: | Mike Mahler, Spanish interpreter |
| US attorney: | Joshua T. Burgess |
| Defense attorney: | John Hampton Read II, attorney for the defendant |
| | |
| Time in Court: | 12 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | June 2, 2010 |
| Status: | Guilty plea accepted as to count one of the one-count indictment |
| | Custody of Federal Bureau of Prison: 60 months. |
| | No Fine |
| | No Restitution |
| | Supervised release: four years. |
| | MSA: $100 due immediately |
| | The defendant's custody/detention is continued. |
| | |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Charlotte White |
| US probation officer: | Blanca McCallum |